



United States District Court
Northern District of Illinois - Eastern Division
United States Courthouse
219 South Dearborn Street - Room 2010
Chicago, Illinois 60604

MICHAEL W. DOBBINS,
Clerk

Office of the Clerk

May 11, 2011

John Steele
Steele Hansmeier PLLC
161 North Clark Street
Suite 4700
Chicago, IL 60601

FILED
May 19, 2011
MAY 19 2011 NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Re: Pacific Century International LTD v. Does 1-14
USDC No. 11-cv-3118

Dear Counselor:

The documents you recently filed in connection with the above-captioned case have been received. Additional information is required for the completion of reports that are forwarded by this office to Washington, D.C.

The following additional information is required:

| COPYRIGHT REGISTRATION NUMBER | DATE OF COPYRIGHT | HOLDER OF COPYRIGHT |
|---|---|---|
| * | * | Pacific Century International LTD |
| | | |
| | | |
| | | |

Please provide this information within ten (10) days of today's date.

* copyright application pending
Case #1-605896652

Sincerely yours,
Michael W. Dobbins, Clerk

By: *s/ Kinielle Johnson*
Deputy Clerk