**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Pacific Century International LTD
                                  Plaintiff,

v.                                           Case No.: 1:11−cv−03118
                                           Honorable Sharon Johnson Coleman

Does 5−14, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 23, 2012:

      MINUTE entry before Honorable Sharon Johnson Coleman:Status hearing held on 1/23/2012. All defendants have been identified. Status hearing set for 3/26/2012 at 11:00 a.m. Mailed notice(keg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.